**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| Marchello McCaster, | Civil No. 09-3196 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL OF DEFENDANT KRISTIN NELSON WITH PREJUDICE AND TO AMEND THE CAPTION** |
| vs. | |
| The County of Ramsey, | |
| and | |
| Jeff Allen, Mary Clausen, Audrey Darling, Nancy Mattson, Julie Nelson, Jeanne Schumaker, Colette Thill, Patti Vodinlich, John Doe, and Richard Roe, Acting in their individual and official capacities, and Al Carlson, acting in his individual and official capacity, | |
| Defendants. | |

_____

Based upon the Stipulation of the parties (Doc. No. 24), **IT IS ORDERED** that Defendant Kristin Nelson is **DISMISSED WITH PREJUDICE** from this action, without attorneys' fees or costs to any of the parties and that the caption is amended as reflected above.

Dated: March 9, 2010

                                                                                    s/Richard H. Kyle
                                                                                    RICHARD H. KYLE
                                                                                    United States District Judge