# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marchello McCaster, | Civil No. 09-3196 (RHK/JJK) |
| Plaintiff, | **ORDER TO DISMISS COUNT FOUR OF THE COMPLAINT WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |
| vs. | |
| The County of Ramsey, Jeff Allen, Mary Clausen, Audrey Darling, Nancy Mattson, Julie Nelson, Jeanne Schumaker, Colette Thill, Patti Vodinlich, John Doe, and Richard Roe, acting in their individual capacities, and Al Carlson, acting in his individual and official capacity, | |
| Defendants. | |

Based upon the Stipulation of the parties to Dismiss Count Four of Plaintiff's Complaint With Prejudice and Without Costs to any Party (Doc. No. 75) in the above-entitled matter in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; **IT IS ORDERED** that Count Four of Plaintiff's Complaint in the above-entitled matter in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is **DISMISSED WITH PREJUDICE** and without costs to any party.

Dated: December 6, 2010

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge