# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marchello McCaster,<br><br>              Plaintiff,<br><br>vs.<br><br>The County of Ramsey,<br><br>and<br><br>Jeff Allen, Mary Clausen, Audrey Darling, Nancy Mattson, Julie Nelson, Patti Vodinlich, acting in their individual capacities, and Al Carlson, acting in his individual and official capacity,<br><br>              Defendants. | Civil No. 09-3196 (RHK/AJB)<br><br>**ORDER TO DISMISS DEFENDANTS COLETTE THILL AND JEANNE SCHUMACHER WITH PREJUDICE AND TO AMEND THE CAPTION** |

Based upon the Stipulation of the parties (Doc. No. 78), **IT IS ORDERED** that Defendants Colette Thill and Jeanne Schumacher are **DISMISSED WITH PREJUDICE** from this action and without attorneys' fees or costs to any of the parties, and that the references to John Doe and Richard Roe are removed from the caption, as no such parties have been identified or served. The case caption is amended as reflected above.

Dated: December 8, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge